Dismissed and Memorandum Opinion filed March 16, 2006









 

Dismissed and Memorandum Opinion filed March 16, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00143CR

____________

 

RANDY DEAN ALLEN,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
174th District Court

Harris County, Texas

Trial Court Cause No.
1024006

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered
and Memorandum Opinion filed March 16, 2006.

Panel consists of
Justices Anderson, Edelman, and Frost. 

Do not publish C Tex.
R. App. P. 47.2(b).